IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNARDO NEVAREZ RAMOS, | § § § § | |
| *Petitioner*, | § § | No. 1:26-CV-01310-DAE |
| v. | § § | |
| VERGARA, *et al.*, | § § § | |
| *Respondents*. | § | |

<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Bernardo Nevarez Ramos' ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents'[1] Response (Dkt. # 6).  The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on Thursday, June 4, 2026</u>**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Please describe further what connections has Petitioner established with the United States, if any.

---

[1] Federal Respondents include Miguel Vergara, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, United States Attorney General.

1

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 28, 2026.

_____

David Alan Ezra
Senior United States District Judge

2