IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNARDO NEVAREZ RAMOS, | § § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 1:26-CV-01310-DAE |
| | § | |
| VERGARA, et al., | § | |
| Respondents. | § | |

ORDER

Before the Court is Petitioner Bernardo Nevarez Ramos' ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition"), (Dkt. # 1), and Petitioner's supplemental briefing (Dkt. # 9).

Along with his supplemental brief filed in response to the Court's order, Petitioner filed several supplemental exhibits, one of which contains identifying information for minors.  (See Dkt. # 9-5.)  **IT IS THEREFORE ORDERED** that, pursuant to Federal Rule of Civil Procedure 5.2, the Clerk of Court shall **SEAL** Exhibit B to Petitioner's Petition.  (Dkt. # 9-5.)  Counsel is reminded for future filings that, pursuant to Rule 5.2, filings should not contain identifying information for minors, including photographs, unless filed under seal.

**IT IS SO ORDERED**.
**DATED**: Austin, Texas, June 2, 2026.

_____
David Alan Ezra
Senior United States District Judge

1